IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HATTIANA JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>DELI MANAGEMENT, INC., d/b/a Jason's Deli,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-CV-1258-MHC |

## ORDER

It is hereby **ORDERED** that the Motion to Allow C. Andrew Head to Be Designated Local Counsel for Bethany Hilbert [Doc. 5] is **DENIED AS MOOT**, as Bethany Hilbert's subsequently filed and approved *pro hac vice* application [Doc. 6] was sponsored instead by local counsel David S. Fried.

**IT IS SO ORDERED** this 12th day of May, 2021.

_____
MARK H. COHEN
United States District Judge